# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

149224 & (13)(20)(28)(29)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

RANDY SCOTT STEVENS,
          Defendant-Appellant.

SC:  149224
COA:  320489
Jackson CC: 13-004158-FC

_____/

On order of the Court, the application for leave to appeal the April 18, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.  The motion to withdraw guilty plea, the motion in request for evidence hearing, the motion to remand to the district court, and the motion for a *Franks* hearing are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

p1015